Sandy Opacich
Clerk of Court

United States District Court
Northern District of Ohio
Office of the Clerk
2-161 Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113-1830

(216) 357-7000

**COPY**

**FILED**
JUL 1 6 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

FILED
2021 JUL -7 A 9:40
CLERK OF COURTS
CUYAHOGA COUNTY

July 1, 2021

Cuyahoga County Court of Common Pleas
1200 Ontario Street
Cleveland, OH 44113

RE: Original State Court Record, Case Number: CV-21-946389
USDC Northern District of Ohio Case No.: 1:21cv1025
Golphin v. Grifols USA, LLC, et al

Dear Clerk:

A Notice of Removal was filed in our court on the above-referenced case. On June 30, 2021, we received and e-filed the original state court documents received from your court. These documents are now part of our electronic case file, therefore, the original documents are being returned.

Please acknowledge receipt of the original state court documents by returning a time-stamped copy of this letter in the enclosed envelope. Thank you.


Sandy Opacich, Clerk

By: s/ Mark T. Matyas
Operations Specialist

568 John F. Seiberling
Federal Building and U.S. Court House
2 South Main Street
Akron, OH 44308-1876
(330) 252-6000

114 James M. Ashley & Thomas W. L. Ashley
U.S. Court House
1716 Spielbusch Avenue
Toledo, OH 43604-5385
(419) 213-5500

337 Thomas D. Lambros
Federal Building and U.S. Court House
125 Market Street
Youngstown, OH 44503-1787
(330) 884-7400