THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CARLEE GOLPHIN, | ) | CASE NO. 1:21-cv-01025 |
| | ) | |
| Plaintiff, | ) | JUDGE J. PHILIP CALABRESE |
| | ) | |
| v. | ) | <u>STIPULATED DISMISSAL</u> |
| | ) | <u>WITH PREJUDICE</u> |
| GRIFOLS USA, LLC, *et al*. | ) | |
| | ) | |
| Defendants. | ) | |

Now come Plaintiff Carlee Golphin and Defendants Grifols USA, LLC, Biomat USA, Incorporated, and Justin Senita and pursuant to Rule 41(a)(1)(A)(ii) of the Rules of Federal Civil Procedure, and hereby dismiss all claims pending in this matter, with prejudice. Each party to bear its or their own costs. The Court to retain jurisdiction to ensure compliance of the Parties with the agreement between the Parties.

/s/ *Daniel S. Dubow*  
Daniel S. Dubow (0095530)  
Taurean J. Shattuck (0097364)  
**THE SPITZ LAW FIRM, LLC**  
25200 Chagrin Boulevard, Suite 200  
Beachwood, OH 44122  
Phone: (216) 291-4744  
Fax:    (216) 291-5744  
Email: daniel.dubow@spitzlawfirm.com  
            taurean.shattuck@spitzlawfirm.com  

*Attorneys For Plaintiff*

/s/ *Tessa L. Castner*  
Deborah S. Adams (0005607)  
Tessa L. Castner (0093808)  
FROST BROWN TODD LLC  
301 E. Fourth Street  
3300 Great American Tower  
Cincinnati, OH 45202  
(513) 651-6800 – phone  
(513) 651-6981 – fax  
dadams@fbtlaw.com  
tcastner@fbtlaw.com  

Trial Attorneys for Defendants

1